458 A.2d 929

**Joseph E. COLEMAN, Petitioner,**

v.

**Edmund S. PAWELEC, Charles L. Durham and James D. McCrudden, Acting Members of County Board of Elections of Philadelphia.**

Supreme Court of Pennsylvania.

Argued April 18, 1983.

Decided April 20, 1983.

Joseph E. Coleman, in pro per.

512

■■■■■■■■■■

Ralph J. Teti, Chief Asst. City Sol., for respondent.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Petition dismissed.